Rev. 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ADAM SEMPREVIVO

    Plaintiff

vs.    Civil No.    19-1400    (RJL)

GEORGETOWN UNIVERSITY    Category    M

    Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 05/22/2019 from Judge Randolph D. Moss to Judge Richard J. Leon by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:    Judge Randolph D. Moss

Judge Richard J. Leon    & Courtroom Deputy
Liaison, Calendar and Case Management Committee