# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADAM SEMPREVIVO | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 19-1400 (RJL) |
| | * | |
| GEORGETOWN UNIVERSITY | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Procedure, Plaintiff Adam Semprevivo, by and through his undersigned counsel, hereby respectfully notifies the Court that he is voluntarily dismissing his case without prejudice.

This lawsuit was filed on May 15, 2019. A First Amended Complaint was filed as a matter of right on June 7, 2019. The Defendant has not yet filed its Answer or a Motion for Summary Judgment.

Date: July 16, 2019

Respectfully Submitted,

/s/
_____
Mark S. Zaid
D.C. Bar #440532
MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, DC 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com
Attorney for Plaintiff